050616Lf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CLIFFORD RUNYAN, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MENARD, INC., ) <br> ) <br> Defendant. ) <br> ) | No. 15 cv 137 EJM <br><br> ORDER |

This matter is before the court on the Magistrate Judge's unresisted Report and Recommendation (R & R) filed April 15, 2016. R & R accepted. Petition dismissed.

Plaintiff appears to abandon his case for premises liability, originally filed in state court, then removed.

As stated in the R & R, on March 14, 2016, after removal, the court ordered an attorney admitted to practice in this court to file an appearance on behalf of plaintiff. None did. The Magistrate Judge then set a hearing directing plaintiff to appear and show cause why he should not be found in default. Neither plaintiff nor an attorney on his behalf appeared at the hearing.

On April 15, 2016, the Magistrate Judge filed an R & R reciting these facts and recommending that the complaint be dismissed. Objections to the R & R were

1

due April 29, 2016. There have been no objections filed, and no appearance. The court agrees with the R & R.

It is therefore

ORDERED

R & R accepted. Petition dismissed.

May 6, 2016

                                      Edward J. McManus, Judge
                                      UNITED STATES DISTRICT COURT